IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JOSEPH L.,

    Plaintiff,

                                      Civil No. 2:24-CV-12044

v.

CAROLYN W. COLVIN,               MAGISTRATE JUDGE STAFFORD
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                              s/Elizabeth A. Stafford
                                              ELIZABETH A. STAFFORD
                                              United States Magistrate Judge

Dated:  March 24, 2025