IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JOSEPH L.,
        Plaintiff,

Civil No. 2:24-cv-12044

v.

FRANK BISIGNANO[1],         MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,
        Defendant.
_____/

**STIPULATION FOR AN AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

The parties stipulate that the Court should enter an Order awarding attorney fees and expenses in the total amount of $6,488.50, in full satisfaction and settlement of any and all claims Plaintiff may have under the under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.

Any fees paid belong to Plaintiff, and not to his attorney, and may be offset to satisfy any pre-existing debt that Plaintiff owes the United States under *Astrue v.*

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*Ratliff*, 560 U.S. 586 (2010).  After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.  Any fees paid shall be delivered to Plaintiff's counsel.

Dated: June 12, 2025

                                       Respectfully submitted,

                                       JEROME F. GORGON, JR.
                                       United States Attorney

| | |
|---|---|
| /s/ Howard D. Olinsky[2] | /s/ Lisa G. Smoller |
| Howard D. Olinsky | Lisa G. Smoller |
| Olinsky Law Group | Special Assistant United States Attorney |
| 250 S. Clinton St. Ste. 210 | Office of the General Counsel |
| Syracuse, NY 13202 | Social Security Administration |
| (315) 701-5780 | 6401 Security Boulevard |
| holinsky@windisability.com | Baltimore, MD 21235 |
| | 617-565-4279 |
| | Lisa.g.smoller@ssa.gov[3] |

---

[2] Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on June 11, 2025.
[3] Of counsel, Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify the undersigned emailed an encrypted copy of the document to Howard Olinsky at: holinsky@windisability.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
617-565-4279
lisa.g.smoller@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

CHRISTOPHER JOSEPH L.,
    Plaintiff,

Civil No. 2:24-cv-12044

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.

MAGISTRATE JUDGE STAFFORD

_____/

## **ORDER**

This matter is before the Court on the parties' Stipulation for an Award of Attorney Fees Under the EAJA, and it is hereby ORDERED that attorney fees should be allowed in this case under the EAJA in the amount of $6,488.50. This award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412.

If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and his attorney.

Dated: June 12, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE